170 A.3d 341

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANGELO RICHARDSON, A/K/A ANDREW RICHARDSON, HASSAN RICHARDSON AND RICKY RICHARDSON, DEFENDANT-PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–00491–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 342

LARRY YELLOCK, APPELLANT-PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, RESPONDENT-RESPONDENT.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000879–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.